UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CARL MOLANO,

        Plaintiff,                            **MOTION SCHEDULING ORDER**

   -vs-

                                                10-CV-6481

NORMAN BEZIO, et al.,

        Defendants.

_____

On April 26, 2011, defendants filed a motion for summary judgment. All responding papers relevant to this motion must be filed with the Court by May 26, 2011. Reply papers by the moving party must be filed no later than eight (8) business days following the filing of responding papers.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

**IT IS SO ORDERED**.

_____
DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE

Dated:       April 27, 2011
              Rochester, New York